UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**PUBLIC SERVICE MUTUAL INSURANCE, as**
subrogee of Hillside Realty Trust, d/b/a Hillside Motel,
          **Plaintiff**

      V.                                    CIVIL ACTION NO. 06-11567-RGS

**EMPIRE COMFORT SYSTEMS, INC.**
          **Defendant**

# JUDGMENT

**STEARNS, DJ.**                                                                **AUGUST 22, 2008**

    IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ENTERED ON THIS DATE,

    IT IS HEREBY ORDERED:   JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT, EMPIRE COMFORT SYSTEMS, INC.

    SO ORDERED.

                                                              RICHARD G. STEARNS
                                                              UNITED STATES DISTRICT JUDGE

            **BY:**

                                                    /s/ Mary H. Johnson
                                                    _____
                                                          **Deputy Clerk**